UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ZHIJIE PAN, et al.,

      Plaintiffs,

v.                                                                   Case No. 25-cv-13793
                                                                     HON. MARK A. GOLDSMITH
JOSEPH B. EDLOW, DIRECTOR
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

      Defendant.
_____/

## ORDER GRANTING IN PART JOINT MOTION FOR STAY (Dkt. 8)

Before the Court is the parties' Joint Motion to Stay (Dkt. 8).  The motion is granted, in part.  The case is stayed until June 30, 2026, unless modified, vacated, or extended by further order of the Court.

**SO ORDERED.**

Dated: April 17, 2026                          s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                               United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 17, 2026.

      s/Joseph Heacox
      JOSEPH HEACOX
      Case Manager